UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HERNANDEZ LUNA,<br><br>Petitioner,<br><br>vs.<br><br>BOARD OF PAROLE HEARINGS,<br><br>Respondent. | Case No. EDCV 08-0925-DDP (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be dismissing this action with prejudice.

Dated: _October 25, 2011__

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1