JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HERNANDEZ LUNA, | Case No. EDCV 08-0925-DDP (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| BOARD OF PAROLE HEARINGS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: _October 25, 2011__

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE